AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| AMICUS THERAPEUTICS US, LLC and AMICUS THERAPEUTICS, INC., <br><br> *Plaintiff(s)* <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC.; TEVA PHARMACEUTICALS, INC.; and TEVA PHARMACEUTICAL INDUSTRIES LTD., <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

>Teva Pharmaceuticals USA, Inc.
>c/o Corporation Service Company
>251 Little Falls Drive
>Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Chad S.C. Stover
>Barnes & Thornburg LLP
>222 Delaware Avenue, Suite 1200
>Wilmington, DE  19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

/s/ John A. Cerino

Date: _____11/07/2022_____          _____
                                          *Signature of Clerk or Deputy Clerk*

Civil Action No. 1:22-cv-01462-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Teva Pharmaceuticals USA, Inc
was received by me on *(date)* 11/08/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Litigation Management Representative , who is
designated by law to accept service of process on behalf of *(name of organization)*
Corporation Service Company on *(date)* 11/08/2022 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/08/2022

*Server's signature*

Tim Rhoads   Legal Process Server
*Printed name and title*

DLSDiscovery, LLC
824 N Market St, Ste 108
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc: